```
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>        vs.<br><br>RICHARD N. KELLIS, AKA R. NICHOLAS KELLIS,<br><br>              Defendant | No. 2:14-cv-7334<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Richard N. Kellis, aka R. Nicholas Kellis, in the principal amount of $10,483.17 plus interest accrued to October 10, 2014, in the sum of $2,745.74; with interest accruing thereafter at 8.00% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**13,228.91**.

DATED: 10/31/14            By: TERRI NAFISI
                               Clerk of the Court

                               _[signature]_
                               Deputy Clerk
                               United States District Court